BESSIE M. V. CAFFRY, as Executrix of FRANK L. CAFFRY, Deceased, Appellant, *v.* JOHN L. WILKIE, as Executor of JOHN W. CAFFRY, Deceased, et al., Respondents, Impleaded with Another.

*Caffry* v. *Wilkie*, 130 App. Div. 896, affirmed.
(Argued December 8, 1909; decided January 11, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to trace and impress a trust on certain funds.

*Carlisle Norwood, Gustavus W. Rawson* and *Maurice Goodman* for appellant.

*William Rand, Jr.,* and *Arthur F. Gotthold* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.